Benjamin J. Ginter, Attorney at Law
34 Forest Avenue
Cranford, NJ 07016
Tel: 908-272-6565
Fax: 484-214-0310
Attorney for Debtor

---------------------------------------------------------------

| IN RE: | |UNITED STATES BANKRUPTCY COURT |
| | |DISTRICT OF NEW JERSEY |
| | |CHAPTER 13 |
| ESTERE CRISONA | |CASE NO.: 18-34038-SLM |
| | | |
| | | |
| DEBTOR. | | |
| | | |
| | | |
| | | |

---------------------------------------------------------------

### APPLICATION TO EXTEND TIME TO FILE SCHEDULES

**BENJAMIN J. GINTER**, makes the following statement in connection
with the above matter.

1.    I am the attorney who filed the chapter 13 bankruptcy
petition for debtor, Estere Crisona, and am familiar with the
facts regarding this case.

2.    I initiated the instant Chapter 13 proceeding by the
filing of a petition December 6, 2018 (Case No18-34038).

3.    The filing was done under emergent circumstances.

4.    The debtor needs an additional ten (10) days to file
her schedules.

5.    I submit this Application and Order in support of the Court

extending the time to file Schedules and Plan for 10 days.

Dated: December 20, 2018          /s/Benjamin J. Ginter, Esq.

                                  _____
                                  BENJAMIN J. GINTER, ESQ.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:

Estere Crisona

| | |
|---|---|
| Case Number: | 18-34038 |
| Hearing Date: | |
| Judge: | SLM |
| Chapter: | 13 |

Recommended Local Form:        ☑ Followed        ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☐   Granted.  The deadline to file schedules is extended to _____.

☐   Denied.

*rev.8/1/15*

2