| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>In Re:<br><br>Estere Crisona | **Order Filed on January 8, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey**<br><br>Case No.:　　　　18-34038<br><br>Hearing Date:　　　2/13/2019<br><br>Judge:　　　Stacey L. Meisel |

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
FOR THE DEBTOR'S FAILURE TO MEET CREDIT COUNSELING REQUIREMENTS**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 8, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having noted the debtor(s)'s failure to comply with the credit counseling requirements of the Bankruptcy Code as indicated below,

☐     The ☐ debtor ☐ joint debtor did not file a Certificate of Credit Counseling with the petition,

☒     The ☒ debtor ☐ joint debtor filed a Certificate of Credit Counseling after filing the petition that indicates that the debtor(s) participated in credit counseling after filing their petition,

☐     The ☐ debtor ☐ joint debtor filed a Certificate of Credit Counseling indicating that the debtor(s) participated in credit counseling more than 180 before the filing of the petition,

and it is hereby

ORDERED that the ☒ debtor ☐ joint debtor shall appear before the Honorable ____Stacey L. Meisel____ on ____2/13/2019____ at __10:00am__ in Courtroom number __3A__, __50 Walnut St., 3rd Fl., Newark, NJ 07102__, to show cause why this case should not be dismissed for failure to comply with the credit counseling requirements of the Bankruptcy Code.

*new.10/1/15*