| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| In Re: |
| Estere Crisona |

**Order Filed on January 8, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.: 18-34038

Hearing Date: 2/13/2019

Judge: Stacey L. Meisel

# ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
# FOR THE DEBTOR'S FAILURE TO MEET CREDIT COUNSELING REQUIREMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 8, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having noted the debtor(s)'s failure to comply with the credit counseling requirements of the Bankruptcy Code as indicated below,

- ☐ The ☐ debtor ☐ joint debtor did not file a Certificate of Credit Counseling with the petition,

- ☒ The ☒ debtor ☐ joint debtor filed a Certificate of Credit Counseling after filing the petition that indicates that the debtor(s) participated in credit counseling after filing their petition,

- ☐ The ☐ debtor ☐ joint debtor filed a Certificate of Credit Counseling indicating that the debtor(s) participated in credit counseling more than 180 before the filing of the petition,

and it is hereby

ORDERED that the ☒ debtor ☐ joint debtor shall appear before the Honorable _____Stacey L. Meisel_____ on __2/13/2019__ at __10:00am__ in Courtroom number __3A__, __50 Walnut St., 3rd Fl., Newark, NJ 07102__, to show cause why this case should not be dismissed for failure to comply with the credit counseling requirements of the Bankruptcy Code.

*new.10/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 18-34038-SLM
Estere Crisona                                                                           Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 09, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2019.
db              Estere Crisona,    2 Cricket Ln,    Woodcliff Lake, NJ   07677-8066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2019 at the address(es) listed below:
     Benjamin Jamie Ginter    on behalf of Debtor Estere  Crisona gintr316@aol.com
     Kevin Gordon McDonald     on behalf of Creditor   U.S Bank National Association, as Trustee for NRZ Pass-Through Trust V-B kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Marie-Ann  Greenberg     magecf@magtrustee.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 4