Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−34038−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Estere Crisona
2 Cricket Ln
Woodcliff Lake, NJ 07677−8066

Social Security No.:
xxx−xx−6202

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/15/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 15, 2019
JAN: apc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-34038-SLM
Estere Crisona                                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 15, 2019
                              Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.
```
db             Estere Crisona,    2 Cricket Ln,    Woodcliff Lake, NJ   07677-8066
518028970      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
517909110      Kml Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
517909111      Mr. Cooper,   8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
517981637     +Nationstar Mortgage LLC, d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
518010292     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2019 00:22:45      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2019 00:22:43      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Feb 16 2019 05:08:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                PO BOX 41021,    Norfolk, VA 23541-1021
518013811      EDI: PRA.COM Feb 16 2019 05:13:00      Portfolio Recovery Associates, LLC,   c/o Care Credit,
                POB 41067,    Norfolk VA 23541
518017591      EDI: PRA.COM Feb 16 2019 05:13:00      Portfolio Recovery Associates, LLC,   c/o Lord & Taylor,
                POB 41067,    Norfolk VA 23541
518013818      EDI: PRA.COM Feb 16 2019 05:13:00      Portfolio Recovery Associates, LLC,
                c/o Amazon.com Store Card,    POB 41067,   Norfolk VA 23541
518026528     +E-mail/Text: bncmail@w-legal.com Feb 16 2019 00:23:29      SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517911289     +EDI: RMSC.COM Feb 16 2019 05:08:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517981640      EDI: BL-TOYOTA.COM Feb 16 2019 05:13:00      Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
                                                                                              TOTAL: 9
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:
```
              Benjamin Jamie Ginter    on behalf of Debtor Estere  Crisona gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor    U.S Bank National Association, as Trustee for NRZ
               Pass-Through Trust V-B dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S Bank National Association, as Trustee for NRZ
               Pass-Through Trust V-B kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```